JAMES ANDREW HINDS, JR. (SBN 71222)
jhinds@jhindslaw.com
PAUL R. SHANKMAN (SBN 113608)
pshankman@jhindslaw.com
RACHEL M. SPOSATO (SBN 306045)
rsposato@jhindslaw.com
HINDS & SHANKMAN, LLP
21257 Hawthorne Blvd., Second Floor
Torrance, CA 90503
Telephone: (310) 316-0500
Facsimile:  (310) 792-5977

Counsel for Plaintiff,
The Womans Club of Hollywood, California

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>JENNIFER MORGAN,<br><br>　　　　Debtor.<br><hr>THE WOMANS CLUB OF HOLLYWOOD, CALIFORNIA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JENNIFER MORGAN , an individual,<br><br>　　　　Defendant. | Case No. 2:19-bk-19677-WB<br><br>(Chapter 13)<br><br>Adv. Case No. 2:19-ap-01484-WB<br><br>**NOTICE OF REQUIRED COMPLIANCE WITH FEDERAL RULE OF BANKRUPTCY PROCEDURE 7026 AND LOCAL BANKRUPTCY RULE 7026-1**<br><br>Status Conference:<br>Date:　January 14, 2020<br>Time:　2:00 p.m.<br>Crtrm:　1375<br>Place:　255 E. Temple Street<br>　　　　Los Angeles, CA 90012 |

/ / /

/ / /

/ / /

---

1

**NOTICE OF REQUIRED COMPLIANCE**

**TO ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE THAT** the parties are required to comply with the requirements of Fed. R. Bankr. P. 7026 and Local Bankruptcy Rule 7026-1.

Dated: November 25, 2019                                **HINDS & SHANKMAN, LLP**


By: /s/ James Andrew Hinds, Jr.
JAMES ANDREW HINDS, JR.
Attorneys for Plaintiff, The Woman's Club of Hollywood, California

2

**NOTICE OF REQUIRED COMPLIANCE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

HINDS & SHANKMAN, LLP, 21257 Hawthorne Blvd., Second Floor, Torrance, CA 90503

A true and correct copy of the foregoing document entitled (*specify*) **NOTICE OF REQUIRED COMPLIANCE WITH FEDERAL RULE OF BANKRUPTCY PROCEDURE 7026 AND LOCAL BANKRUPTCY RULE 7026-1** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **November 25, 2019** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date* **November 25, 2019** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **November 25, 2019** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **November 25, 2019** | MAYRA DURAN | /s/ Mayra Duran |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Nancy K Curry (TR)    TrusteeECFMail@gmail.com
- James Andrew Hinds    jhinds@jhindslaw.com, mduran@jhindslaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

2. **SERVED BY UNITED STATES MAIL**:

Jennifer Morgan
2408 Detour Drive
Los Angeles, CA 90068

Leon D. Bayer, Esq.
1055 Wilshire Blvd., Suite 1900
Los Angeles, CA 90017

3. **SERVED BY OVERNIGHT MAIL**

Clerk to the Honorable Julia W. Brand
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1382 / Courtroom 1375
Los Angeles, CA 90012

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**